ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) INDICTMENT |
| v. | ) Violation: 18 USC §111(a)(1) ,(b)<br>) |
| Daniel Lehi | ) Assault on a Federal Officer<br>) |
| Defendant. | )<br>) |

CR11-3375 TUC   VICTIM CASE
RCC/CRP

THE GRAND JURY CHARGES:

On or about August 23, 2011, at or near Tucson, in the District of Arizona, the defendant, Daniel Lehi, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Drug Treatment Specialist, Alberto Jacquez, an officer or employee of the United States, while Drug Treatment Specialist Alberto Jacquez was engaged in and on account of the performance of his official duties with the act constituting more than simple assault, that is Daniel Lehi punched Drug Treatment Specialist Alberto

///

///

///

Jacques in his face with a closed fist causing bodily injury, to wit: a fracture to his nasal spine and other injuries, in violation of Title 18 United States Code Section 111(a)(1) and (b).

A TRUE BILL

/s/

_____
Presiding Juror

SEP 28 2011

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE